UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARIA RIVERA, MARY MUNNEY GRIFFITHS, MARTHA GOTTSCHALK, SHARON HICKS, DELORES GOODSON,**<br><br>           **Plaintiffs,**<br><br>v.<br><br>**HOLOGIC, INC.,**<br><br>           **Defendant.** | Case No. 1:23-cv-11012 |

**NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 40.1(g)(1)**

1. Six plaintiffs filed one complaint for damages in the State Court of Massachusetts alleging a medical device manufactured by Hologic, Inc. caused them to suffer personal injuries.

2. Defendant Hologic "snapped removed" the complaint on November 10, 2022 and the case was assigned to Judge Burroughs on the same day under case number 1:22-cv-11895-ADB.

3. Plaintiffs filed an amended complaint and a consent to removal on December 9, 2022.

4. On December 23, 2022, a related case was filed and assigned to Judge Burroughs under case number 1:22-cv-12194-ADB.

5. On January 31, 2023, another related case was filed and assigned to Judge Burroughs under case number 1:23-cv-10260-ADB.

6. On March 15, 2023, another related case was filed and assigned to Judge Burroughs under case number 1:23-cv-10579-ADB.

7. On March 17, 2023, another related case was filed and assigned to Judge Burroughs under case number 1:23-cv-10599-ADB.

8. On April 4, 2023, another related case was filed and assigned to Judge Burroughs under case number 1:23-cv-10717-ADB.

9. On April 25, 2023, another related case was filed and assigned to Judge Burroughs under case number 1:23-cv-10888-ADB.

10. This case filed today is related to case numbers 1:22-cv-11895-ADB, 1:22-cv-12194-ADB, 1:23-cv-10260-ADB, 1:23-cv-10579-ADB, 1:23-cv-10599-ADB, 1:23-cv-10717-ADB, and 1:23-cv-10888-ADB because it involves the same defendant and the same or substantially similar issues of fact.

Date: May 8, 2023

Respectfully submitted,

*/s/ John Roddy*
John Roddy, BBO # 424240
**BAILEY & GLASSER LLP**
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: 617.439.6730
Fax: 617.951.3954

Christina D. Crow (pro hac to be filed)
Lisa Little (pro hac to be filed)
**JINKS CROW & DICKSON, PC**
219 Prairie Street North | P.O. Box 350
Union Springs, AL 36089
Telephone: 334.738.4225
ccrow@jinkslaw.com

C. Moze Cowper (pro hac to be filed)
**COWPER LAW P.C.**
12301 Wilshire Blvd. Ste. 303
Los Angeles, CA  90025
Telephone: 877.529.3707
mcowper@cowperlaw.com

## CERTIFICATE OF SERVICE

    I, John Roddy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 8, 2023.

                                          */s/ John Roddy*
                                          John Roddy